FILED
LODGED
RECEIVED    MAIL

MAR 05 2024

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                             DEPUTY

REYA AREY
15028 12TH AVE NE
SHORELINE, WA 98155

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| REYA AREY<br><br>　　　　Plaintiff,<br><br>vs.<br><br>North Seattle Community College<br><br>　　　　Defendant | Case No.:　2:24-cv-00302-MLP<br><br>COMPLAINT FOR CIVIL AND CONSTITUTIONAL RIGHT VIOLATIONS, COMLAINT IS A PROTACTED CLASS.<br><br>JURY DEMAND |

My employer practice Discrimination, Retaliations, Harassments in work cite, that was illegal as indicated under Washington Law: and under Federal Law.

The Washington State Law Against Discrimination (also known as WLAD) is a set of laws (specifically, RCW 49.60) designed to protect individuals in the U.S. state of Washington from Discrimination. Cite attachments' documents' for more information

Alleged Violation :

I, Reya Arey, that Mr. Phat Vuong violated the Colleges policy On Discriminations, Retaliations' and Harassments, Number 419 of the Seattle College District Policies and

COMPLAINT FOR CIVIL AND CONSTITUTIONAL RIGHT VIOLATIONS, COMLAINT IS A PROTACTED CLASS.JURY DEMAND, COMPLAINANT IS A PROTECTED CLASS

1

1  Procedures Manual specifically, the section concerning "Discriminations, Retaliations'" and
2  Mr. Phat Vuong "Behaves "Visiting women Bathrooms, while using it, "Screaming, yelling " I
3  reported to the Seattle Police regarding Mr. Phat Vuong "Behaviors'" Visiting women
4
5  bathroom, Harassments, screaming yelling and Intimidations.
6  Also, I, Reya Arey by "Opposing Unlawful Discriminations" against Co- worker at North
7  Seattle Community College, I have been "Retaliated " against me by Mr. Larry Graff and by Mr.
8  Phat Vuong, furthermore Mr. Larry Graff has bee fired   from Seattle Colleges, because Mr.
9
10 Larry Graff been "Racist" at North Seattle Community College and South Seattle Community
11 College as indicated the Seattle Colleges continue "Ignoring" Mr. Phat Vuong "Behaviors'" in
12 Seattle Colleges Cites.
13 **Cite attachment Pages 000533-000534, regarding Mr. Larry Graff and Mr. phat Vuong "Behaviors' at**
14 **North Seattle Community College.**
15 Also, I filed charges with the EEOC and filed charge with WSHRC, **Cite the attachments for**
16
17 **more information's**
18
19 This Court has jurisdiction Pursuant to 28 U.S.C.  §§ 1391 and Article 111 of the
20
21 Construction for the United States of America
22 Plaintiff at all time s material resident in city of Shoreline, County of King. And Sate of Washington.
23 **I am requesting the Clerk of the Court to Issue the Attached "Summon" in his Conveniences.**
24 **Thank you.**
25 Sincerely,

26  _____   On March 2, 2024
         Reya Arey
27

28 COMPLAINT FOR CIVIL AND CONSTITUTIONAL RIGHT VIOLATIONS, COMLAINT IS A PROTACTED CLASS., COMPLAINANT IS A PROTECTED CLASS

1  I, Reya Arey declare under the penalty of perjury under the Law of
2  state of Washington that on March 2, 2024 file with the UNITED
3  STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE **was**
4  **MAILED VIA CERTIFY US Mail with proper postage attached to:**

Attention to: Clerk Office

US District Court

700 Stewart St, #2310 Seattle, WA 98101

Phone (206) 370-8400

Sincerely,

_____ On March 2, 2024
Reya Arey

COMPLAINT FOR CIVIL AND CONSTITUTIONAL RIGHT VIOLATIONS, COMLAINT IS A PROTACTED CLASS., COMPLAINANT IS A PROTECTED CLASS