UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REYA AREY,<br><br>                    Plaintiff,<br><br>     v.<br><br>NORTH SEATTLE COMMUNITY COLLEGE,<br><br>                    Defendant. | CASE NO. 2:24-cv-00302-LK<br><br>ORDER STRIKING DISPOSITIVE MOTION DEADLINE FOR DEFENDANT |

This matter comes before the Court on Plaintiff Reya Arey's Motion for Dismissal Without Prejudice. Dkt. No. 36. Defendant North Seattle Community College ("NSCC") responds that the Court should order voluntary dismissal with the following terms: "Ms. Arey must pay Defendant's costs for seeking to compel her deposition that she avoided, and Ms. Arey must be required to pay for half the cost of any mediation in any future litigation." Dkt. No. 37 at 6. NSCC argues that these terms are warranted in part because Ms. Arey has violated the Court's prior Order requiring her to sit for her deposition. *Id.* at 5; *see also* Dkt. No. 35 (granting NSCC's motion to compel Ms.

Arey's deposition). NSCC also states that Ms. Arey's deposition is necessary for the purposes of its planned motion for summary judgment. Dkt. No. 37-1 at 2.

The November 10, 2025 dispositive motion deadline, Dkt. No. 22, will pass before the November 20, 2025 noting date for Ms. Arey's motion to dismiss, Dkt. No. 36. Because it does not appear that Ms. Arey will be deposed in time for NCSS to file a dispositive motion by the current deadline, the Court finds good cause and STRIKES the dispositive motion deadline as to NCSS so that it may take Ms. Arey's deposition and file a dispositive motion if this case is not dismissed. All other deadlines, including the November 10, 2025 dispositive motions deadline for Ms. Arey, remain in place.

Dated this 28th day of October, 2025.

Lauren King
United States District Judge

ORDER STRIKING DISPOSITIVE MOTION DEADLINE FOR DEFENDANT - 2