UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REYA AREY,<br><br>                      Plaintiff,<br>      v.<br><br>NORTH SEATTLE COMMUNITY COLLEGE,<br><br>                      Defendant. | CASE NO. 2:24-cv-00302-LK<br><br>ORDER STAYING CASE AND REQUIRING THE PARTIES TO MEET AND CONFER |

This matter comes before the Court on its prior order stating that if Ms. Arey "wishe[d] to dismiss this case without prejudice," as she requested, "she must pay [North Seattle Community College's (NSCC's)] reasonable costs and expenses associated with its motion to compel" her deposition; or alternatively, she could "voluntarily dismiss the case with prejudice or proceed to litigate this matter." Dkt. No. 40 at 4–5. So that Ms. Arey could make an informed decision regarding the amount of NSCC's fees, the Court ordered NSCC to file a notice of its reasonable fees and costs, *id.* at 5, and NSCC did so, Dkt. No. 41. The Court found that NSCC's requested fees of $2,301 were reasonable and so notified the parties. *See* Dkt. No. 42.

ORDER STAYING CASE AND REQUIRING THE PARTIES TO MEET AND CONFER - 1

Ms. Arey then filed a notification stating that she "wish[es] to dismiss without prejudice and . . . to pay the cost ($2,301) associated with the motion to compel deposition." Dkt. No. 43 at 1 (capitalization altered). She also asked "the Court to set up . . . [a] monthly payments plan schedule" and for "the address, name and account number" to direct the payments. *Id.*

In light of Ms. Arey's election to pay the fees associated with NSCC's motion to compel her deposition, the Court VACATES the trial date and all case deadlines, ORDERS Ms. Arey to pay NSCC's reasonable attorney's fees of $2,301, and STAYS this case pending her payment of those fees. Because NSCC has not responded to Ms. Arey's request to set up a payment plan, the Court also ORDERS the parties to meet and confer about the timing of her payment[s] and to file a joint status report within 21 days of the date of this order. The Court notes that while it will entertain a request for a reasonable time within which Ms. Arey will pay NSCC's fees, it will not allow this matter to drag on for more than four months, nor will it toll the statute of limitations while any payment schedule is resolved. The Court will dismiss this case without prejudice after Ms. Arey pays NSCC's fees. Alternatively, if Ms. Arey fails to timely pay NSCC's fees, the Court will dismiss this case with prejudice for failure to comply with this Court's order.

Dated this 21st day of January, 2026.

Lauren King
United States District Judge

ORDER STAYING CASE AND REQUIRING THE PARTIES TO MEET AND CONFER - 2